# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF BENJAMIN MACIAS, RELEASE OF SEIZED 2001 FORD EXPEDITION CALIFORNIA LICENSE 4TP865<br><br>BENJAMIN MACIAS,<br>                         Petitioner. | CASE NO. 08cv0570 JM(CAB)<br><br>SCHEDULING ORDER |

On or about March 28, 2008 Petitioner Benjamin Macias filed a petition brought pursuant to 18 U.S.C. §983(f)(3)(A), seeking release of the above identified vehicle pending resolution of administrative or judicial forfeiture proceedings. Upon preliminary review of the Petition:

1. **RESPONDENTS ARE ORDERED** to file an answer or other responsive pleading to the Petition no later than by May 2, 2008. The answer shall include any and all transcripts or other documents relevant to the determination of the issues presented in the Petition.

2. **RESPONDENTS ARE FURTHER ORDERED** to serve a copy of the pleading upon the Petitioner concurrent with the filing of the pleading with the Court.

3. **IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the pleading, a traverse or other appropriate pleading must be filed no later than May 11, 2008. Unless otherwise notified by chamber's staff the petition, pursuant to Local Rule

7.1(d)(1) will be taken under submission without oral argument.

4. **IT IS FURTHER ORDERED** that Petitioner shall serve upon Respondents or, if appearance has been entered by counsel, upon Respondent's attorney, a copy of every further pleading or other document submitted for this Court's consideration. Petitioner shall include with the original paper to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of any document was served on the Respondent or Respondent's counsel and the date of service.

5. **IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this order and the Petition on the United States Attorney General or an authorized representative.

**IT IS SO ORDERED.**

DATED: April 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties