RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Petitioner
BENJAMIN MACIAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF BENJAMIN MACIAS FOR RELEASE OF SEIZED 2001 FORD EXPEDITION, VIN 1FMRU15W21LB69253, | Case No. 08-CV-0570-JM(CAB) **WITHDRAWAL OF PETITION** |
| BENJAMIN MACIAS, Petitioner. | |

Petitioner and United States Customs and Border Protection have reached a settlement of the underlying administrative forfeiture proceedings. Accordingly, the petitioner, Benjamin Macias, by and through his counsel, hereby dismisses with prejudice his Petition for Release of Seized Vehicle.

Dated: April 25, 2008

Respectfully submitted,

s/ Richard M. Barnett
RICHARD M. BARNETT

Attorney for Petitioner
BENJAMIN MACIAS

1

## **PROOF OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on April 28, 2008, I deposited in the United States Mail, in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage: Dismissal of Petition of Benjamin Macias for Release of Seized Vehicle to the office of the following individuals:

Mary C. Lundberg
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of April, 2008, at San Diego, California.

_____
RICHARD M. BARNETT