RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182

Attorney for Petitioner
BENJAMIN MACIAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF BENJAMIN MACIAS FOR RELEASE OF SEIZED 2001 FORD EXPEDITION, VIN 1FMRU15W21LB69253, | Case No. 08-CV-0570-JM(CAB) **WITHDRAWAL OF PETITION** |
| BENJAMIN MACIAS, Petitioner. | |

Petitioner and United States Customs and Border Protection have reached a settlement of the underlying administrative forfeiture proceedings. Accordingly, the petitioner, Benjamin Macias, by and through his counsel, hereby dismisses with prejudice his Petition for Release of Seized Vehicle.

Dated: <u>April 25, 2008</u>

                                          Respectfully submitted,

                                          <u>s/ Richard M. Barnett</u>
                                          RICHARD M. BARNETT

                                          Attorney for Petitioner
                                          BENJAMIN MACIAS

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on May 1, 2008, I have caused service of Withdrawal of Petition on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. Mary Lundberg, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2008, at San Diego, California.

/s/ Richard M. Barnett
RICHARD M. BARNETT